

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 DEC -7 PM 12: 28

LORETTA G. WHYTE
CLERK

**FELONY**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL**
**CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **12-309** |
| v. | * | SECTION: **SECT. B MAG. 1** |
| CHARLES JOHNSON<br>     aka "Chuck" | * | VIOLATIONS: 21 USC § 841(a)(1) |
| BRISHA ANDERSON | * | 21 USC § 841(b)(1)(C) |
| | | 18 USC § 924(c)(1)(A) |
| | * | 18 USC § 924(a)(2) |
| | | 18 USC § 922(g)(1) |

\* \* \*

The Grand Jury charges that:

<u>COUNT 1</u>

On or about January 24, 2012, in the Eastern District of Louisiana, the defendants, **CHARLES JOHNSON**, aka "Chuck", and **BRISHA ANDERSON**, did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 United States Code, Section 2.

\_\_Fee  USA .
\_\_Process\_\_\_\_
X Dktd_____
\_\_CtRmDep\_\_\_\_
\_\_Doc. No.\_\_\_\_

## COUNT 2

On or about January 24, 2012, in the Eastern District of Louisiana, the defendants, **CHARLES JOHNSON**, aka "Chuck", and **BRISHA ANDERSON**, did knowingly possess a firearm, to wit: a Glock 9mm semi-automatic handgun, serial number PSU628, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: possession with the intent to distribute a quantity of heroin, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 3

On or about January 24, 2011, in the Eastern District of Louisiana, the defendant, **CHARLES JOHNSON**, aka "Chuck", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on March 12, 2008, in Evangeline Parish, State of Louisiana, under case number 74-129"F", for Simple Robbery, in violation of LA. R.S. 14:65, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock 9mm semi-automatic handgun, serial number PSU628, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about May 24, 2012, in the Eastern District of Louisiana, the defendant, **CHARLES JOHNSON**, aka "Chuck", did knowingly and intentionally distribute a quantity of heroin, a Schedule I drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)

## COUNT 5

On or about July 31, 2012, in the Eastern District of Louisiana, the defendant, **CHARLES JOHNSON**, aka "Chuck", did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1, 4 and 5, of this indictment are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1, 4 and 5, the defendants, **CHARLES JOHNSON** and **BRISHA ANDERSON**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1, 4, and 5 of this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1. The allegations of Counts 2 and 3 of this indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of the offenses alleged in Counts 2 and 3, the defendants **CHARLES JOHNSON** and **BRISHA ANDERSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 924(c)(1)(A) and 922(g), as alleged in Counts 2 and 3 of the indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A), 922(g), and 924(d)(1).

A TRUE BILL:

FOREPERSON

JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll No. 8517

FRED P. HARPER, JR.
First Assistant United States Attorney
Bar Roll No. 6568

DUANE EVANS
Assistant United States Attorney
Chief, Criminal Division
Bar Roll No. 24086

MAURICE E. LANDRIEU, JR
Assistant United States Attorney
Deputy Chief, Criminal Division
Bar Roll No. 22104

New Orleans, Louisiana
December 7, 2012

FORM OBD-34
APR. 91

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_

_Criminal_ Division

# THE UNITED STATES OF AMERICA

vs.

**CHARLES JOHNSON, a/k/a "Chuck"**
**BRISHA ANDERSON**

# INDICTMENT

**INDICTMENT FOR VIOLATIONS OF THE**
**FEDERAL CONTROLLED SUBSTANCES ACT**
**AND THE FEDERAL GUN CONTROL ACT**

**VIOLATIONS: 21 U.S.C. §§ 841(a)(1), 841(B)(1)(C)**
**18 U.S.C. §§ 924(c)(1)(A), 924(a)(2), 922(g)(1)**

_A true bill._

_____
_Foreman_

_Filed in open court this_ _____ _day,_

_of_ _____ _A.D. 2008_

_____
_Clerk_

_Bail, $_ _____

_____
MAURICE E. LANDRIEU, JR.
ASSISTANT UNITED STATES ATTORNEY