UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 12-309 |
| CHARLES JOHNSON | SECTION "B"(1) |

### ORDER AND REASONS

Before the Court are Defendant Charles Johnson's ("Defendant") Motion to Dismiss Count Two of the Indictment and the Government's Opposition to the motion (Rec. Docs. No. 31 & 33). Accordingly, and for the reasons articulated below,

**IT IS ORDERED** that the motion is **DENIED**. Taking judicial notice of evidence introduced at the related hearing of Defendant's motion to suppress evidence and the denial of same with reasons, there is sufficient evidence for the trier-of-fact to find that Defendant committed the offenses charged in the indictment, including the charge at issue in Count Two, possession of a firearm in furtherance of the alleged drug trafficking crime. Further, prosecution through trial on the merits via a legally sufficient grand jury indictment may not be barred merely on grounds that allegations in the indictment are not supported by adequate evidence. *U.S. v. Mann*, 517 F.2d 259, 267 (5th Cir. 1975).

New Orleans, Louisiana, this 20th day of March, 2013.

UNITED STATES DISTRICT JUDGE