



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SUPERSEDING INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 12-309** |
| v. | * | **SECTION:** "B" |
| **CHARLES JOHNSON** | * | **VIOLATION:** 21 U.S.C. § 846 |
| aka "Chuck" | | 21 U.S.C. § 841(a)(1) |
| aka "Leon" | | 18 U.S.C. § 2 |
| **ROBERT JOHNSON** | | 18 U.S.C. § 924(c)(1)(A) |
| aka "Skinny" | | 18 U.S.C. § 922(g)(1) |
| **THOMAS HENDERSON** | * | |
| aka "T" | | |
| * * * | | |

The Grand Jury charges that:

## COUNT 1
(Conspiracy to Distribute Controlled Substances)

Beginning on a date unknown, but sometime prior to January 1, 2009, and continuing to on or about the date of this superseding indictment, in the Eastern District of Louisiana and elsewhere, the defendants, **CHARLES JOHNSON**, aka "Chuck", aka "Leon", **ROBERT JOHNSON**, aka "Skinny", and **THOMAS HENDERSON**, aka "T", did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons

```
___Fee _USA
___Process___
 X_Dktd___
___CtRmDep___
___Doc. No.___
```

known and unknown to the Grand Jury, to distribute and possess with intent to distribute one kilogram or more of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance)

On or about January 24, 2012, in the Eastern District of Louisiana, the defendants, **CHARLES JOHNSON**, aka "Chuck", did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18 United States Code, Section 2.

## COUNT 3
(Possession of a firearm in furtherance of a drug crime)

On or about January 24, 2012, in the Eastern District of Louisiana, the defendants, **CHARLES JOHNSON**, aka "Chuck", did knowingly possess a firearm, to wit: a Glock 9mm semi-automatic handgun, serial number PSU628, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, to wit: a conspiracy to distribute and possess with intent to distribute heroin as charged in Count 1 of this superseding indictment and the possession with the intent to distribute a heroin as charged in Count 2 of this superseding indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 4
(Felon in Possession of a Firearm)

On or about January 24, 2011, in the Eastern District of Louisiana, the defendant, **CHARLES JOHNSON**, aka "Chuck", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on March 12, 2008, in Evangeline Parish, State of Louisiana, under case number 74-129"F", for Simple Robbery, in violation of LA. R.S. 14:65, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock 9mm semi-automatic handgun, serial number PSU628, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5
(Distribution of a Controlled Substance)

On or about May 24, 2012, in the Eastern District of Louisiana, the defendant, **CHARLES JOHNSON**, aka "Chuck", did knowingly and intentionally distribute a quantity of heroin, a Schedule I drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6
(Possession with Intent to Distribute a Controlled Substance)

On or about July 31, 2012, in the Eastern District of Louisiana, the defendant, **CHARLES JOHNSON**, aka "Chuck", did knowingly and intentionally possess with the intent to distribute a quantity of heroin, a Schedule I drug controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF DRUG FORFEITURE

1.  The allegations of Counts 1, 2, 5, and 6 of this Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of the offenses alleged in 1, 2, 5, and 6 the defendants, **CHARLES JOHNSON**, aka "Chuck", aka "Leon", **ROBERT JOHNSON**, aka "Skinny", and **THOMAS HENDERSON**, aka "T", shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1, 2, 5, and 6 of this superseding indictment.

3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable

property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1.  The allegations of Counts 3 and 4 of this Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1) and Title 28, United States Code, Section 2461(c).

2.  As a result of the offenses alleged in Counts 3 and 4 , the defendant, **CHARLES JOHNSON**, aka "Chuck", aka "Leon", shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Section 924(c)(1)(A).

3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(d)(1).

A TRUE BILL:

FOREPERSON

DANA J. BOENTE
United States Attorney

FRED P. HARPER, JR
First Assistant United States Attorney
Bar Roll No. 6568

DUANE EVANS
Chief, Criminal Division
LA Bar Roll No. 24086

MAURICE E. LANDRIEU, JR
Assistant United States Attorney
Deputy Chief, Criminal Division
Bar Roll No. 22104

New Orleans, Louisiana
April 5, 2013

FORM OBD-34

No. 12-309 "B"

UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

THE UNITED STATES OF AMERICA

vs.

CHARLES JOHNSON
ROBERT JOHNSON
THOMAS HENDERSON

# SUPERCEDING INDICTMENT

SUPERCEDING INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS: 21 USC § 846
21 USC § 841(a)(1)
18 USC § 2
18 USC § 924(c)(1)(A)
18 USC § 922(g)(1)

A true bill.

_____
Foreperson

Filed in open court this _____ day, of _____ A.D. 2013.

_____
Clerk

Bail, $ _____

_____
MAURICE E. LANDRIEU, JR.
Assistant United States Attorney